# Court of Appeals
# of the State of Georgia

ATLANTA,  December 04, 2017

*The Court of Appeals hereby passes the following order:*

## A18A0765.  MARKHEALL JACKSON v. THE STATE.

In 2012, Markheall Jackson pled guilty to selling cocaine, and the trial court imposed a sentence of three years in prison, to be followed by ten years on probation. In August 2016, the trial court revoked Jackson's probation after finding that he had committed a new felony offense and ordered him to serve eight years, seven months, and two days in prison.  In March 2017, Jackson filed a "Motion to Modify Sentence," which the trial court denied later that month.  Jackson then filed this direct appeal.  We lack jurisdiction.

In construing pleadings, substance controls over nomenclature.  *Kuriatnyk v. Kuriatnyk*, 286 Ga. 589, 590 (690 SE2d 397) (2010).  In his "Motion to Modify Sentence," Jackson raised several challenges to the revocation of his probation. Because the underlying subject matter of Jackson's appeal is the revocation of his probation, he was required to file an application for discretionary appeal to obtain review in this Court.  See OCGA § 5-6-35 (a) (5), (b); *Jones v. State*, 322 Ga. App. 269, 269, n. 2 (745 SE2d 1) (2013); *Zamora v. State*, 226 Ga. App. 105, 105 (485 SE2d 214) (1997).  His failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  12/04/2017
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia. Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.